IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED
NOV - 9 2006
CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| BARRY DWAYNE MINNFEE,<br><br>Petitioner,<br><br>v.<br><br>NATHANIEL QUARTERMAN, Director,<br>Texas Department of Criminal Justice,<br>Correctional Institutions Division,<br><br>Respondent. | §<br>§<br>§<br>§<br>§   2:06-CV-0263<br>§<br>§<br>§<br>§<br>§<br>§ |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## and DENYING MOTION FOR LEAVE TO FILE
## PETITION FOR A WRIT OF HABEAS CORPUS

Petitioner has filed with this Court a motion for leave to file a petition for a federal writ of habeas corpus. On October 20, 2006, the United States Magistrate Judge issued a Report and Recommendation in this cause, recommending therein that the instant motion for leave to file a habeas application be denied. As of this date, no objections to the Magistrate Judge's Report and Recommendation have been filed of record.

Having made an independent examination of the record in this case, the undersigned United States District Judge is of the opinion the Magistrate Judge's Report and Recommendation should be, and hereby is, ADOPTED. Accordingly, the motion for leave to file a petition for a writ of habeas corpus is hereby DENIED.

LET JUDGMENT BE ENTERED ACCORDINGLY.

IT IS SO ORDERED.

ENTERED this _____ day of _____ 2006.

_____
MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE